1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
3 RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
4 Designated Counsel for Service
801 I Street, 3rd Floor
5 Sacramento, California 95814
Telephone (916) 498-5700
6
Attorney for Defendant
7 CASEY THOMPSON

8

9    IN THE UNITED STATES DISTRICT COURT

10   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,   ) No. CR.S - 10-448-DAD
                               )
13              Plaintiff,     ) STIPULATION AND [PROPOSED]
                               ) ORDER REQUESTING THAT MATTER
14       v.                    ) BE PLACED ON CALENDAR
                               )
15 CASEY THOMPSON,             )
                               ) Date: October 9, 2012
16              Defendant.     ) Time: 10:00 a.m.
                               ) Judge: Hon. Dale A. Drozd
17 _____)

18

19     IT IS HEREBY STIPULATED by and between the parties hereto through
20 their respective counsel, JUSTIN LEE, Assistant United States Attorney,
21 attorney for Plaintiff, and RACHELLE BARBOUR and LINDA HARTER,
22 attorneys for defendant, that the matter be placed on calendar for
23 October 9, 2012 at 10:00 a.m.  Mr. Thompson failed to appear on a
24 September 18, 2012 control date.  He contacted defense counsel and
25 requested that the matter be placed on calendar.  Government counsel
26 will not be available for the October 2, 2012 criminal calendar.
27 Accordingly, the parties request that the matter be placed on calendar
28 for control date October 9th.  The parties also stipulate and request

1  that the Court order the bench warrant stayed pending the October 9th
2  date.
3
4  Dated: September 26, 2012          Respectfully submitted,
5                                     DANIEL J. BRODERICK
                                      Federal Defender
6
                                      /s/ Rachelle Barbour
7                                     LINDA HARTER
                                      Chief Assistant Federal Defender
8                                     Attorney for Defendant
                                      CASEY THOMPSON
9
10 Dated: September 26, 2012          BENJAMIN B. WAGNER
                                      United States Attorney
11
12                                    /s/ Rachelle Barbour for
                                      JUSTIN LEE
13                                    Assistant U.S. Attorney
14

## ORDER

The matter is placed on the Court's October 9, 2012 calendar at 10:00 a.m. for status conference. The bench warrant previously issued in this case is ordered stayed until that date.

IT IS SO ORDERED.

DATED: 10/1/12

HON. DALE A. DROZD
United States Magistrate Judge