IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00448-DAD |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE AND ORDER** |
| | ) | **TO ISSUE JUDICIAL SUMMONS RE:** |
| v. | ) | **PROBATION REVOCATION** |
| | ) | |
| CASEY THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**ORDER TO SHOW CAUSE**

It is HEREBY ORDERED that the defendant appear on November 5, 2013, at 10:00 a.m. to show cause why the probation granted on November 8, 2011, and modified on October 11, 2012, should not be revoked due to the defendant's failure to pay his Court-ordered fine and restitution.  The Clerk's office shall issue a summons directing the defendant to appear on November 5, 2013, at 10:00 a.m.

Dated:  October 28, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Thompson0448.ord.re.Prob.Revoke

Order to Show Cause                                   United States v. Thompson